■ Christopher Sanatass et al., Plaintiffs, v Consolidated Investing Company, Inc., et al., Appellants, et al., Defendants. Consolidated Investing Company, Inc., et al., Third-Party Plaintiffs-Appellants, v Chroma Copy International, Inc., et al., Third-Party Defendants, and C2 Media, LLC, Third-Party Defendant-Respondent. (And Another Action.) [877 NYS2d 895]— Appeal from an order, Supreme Court, New York County (Judith J. Gische, J.), entered August 14, 2008, unanimously withdrawn in accordance with the terms of the stipulation of the parties hereto. No opinion. Order filed. Concur—Gonzalez, P.J., Tom, Catterson, Richter and Abdus-Salaam, JJ. [*See* 2008 NY Slip Op 32272(U).]